USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-12-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    HD Tracks

        -V-

    7 Digital Group
------------------------------X

#18 Cv 5823 (JFK)

A status conference is set for **Wednesday, December 18, 2019 at 11:00 a.m.** in Courtroom 20-C. The purpose of the conference is discuss plaintiff's December 11, 2019 letter to the Court.

SO ORDERED.

Dated: New York, New York

12-12-19

JOHN F. KEENAN
United States District Judge