**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------- X

HDTRACKS.COM, LLC,

      Plaintiff,

  -against-                         No. 18 Civ. 5823 (JFK)
                                     **ORDER**

7DIGITAL LIMITED, a UK private
limited company,

      Defendant.
-------------------------------- X



**JOHN F. KEENAN, United States District Judge:**

    As discussed during today's conference, Plaintiff's reply to Defendant's December 17, 2019 opposition (ECF No. 45) is due by January 3, 2020.

**SO ORDERED.**

Dated:    New York, New York
           December 18, 2019

                                      _/s/ John F. Keenan_
                                        John F. Keenan
                                United States District Judge