USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/09/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HDTRACKS.COM,LLC,

                              Plaintiff,

     -against-

7DIGITAL GROUP PLC.

                             Defendant.

----------------------------------------------------------------X

**ORDER SCHEDULING CASE TELEPHONIC MANAGEMENT CONFERENCE**

18-CV-5823 (JFK) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for general pretrial supervision purposes (Doc. No. 56).  A telephonic Case Management Conference in this matter is hereby scheduled for **Thursday, August 6, 2020 at 12:30 p.m.**  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

      SO ORDERED.

Dated: July 9, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge