UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HDTRACKS.COM, LLC,

                                                Plaintiff,

              -against-

7DIGITAL GROUP PLC.

                                                Defendant.

-----------------------------------------------------------------X

**ORDER GRANTING ECF NO. 79 AND DENYING ECF NO. 80**

**18-CV-5823 (JFK) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      Consistent with the Court's directives at the February 25, 2021 telephonic discovery conference held in this case, the Court will permit Plaintiff to file a letter of request pursuant to the Hague Convention in order to depose the three individuals Plaintiff has identified.  The proposed letter of request was filed with the Court at ECF No. 79-1.  If Defendant would like to suggest edits to the proposed letter of request, Defendant must file a document containing the proposed edits in track changes on ECF **by 5 p.m. today**.  Defendant should also serve the track changes document on Plaintiff.  By no later than tomorrow, **February 26, 2021 at 5 p.m.**, Plaintiff should advise the Court as to whether it consents to Defendant's edits through a letter submitted on ECF.

      Further, Plaintiff's motion to compel additional document discovery from Defendant is DENIED.  The requested discovery is not proportional to the needs of the case insofar as Defendant has represented that its prior production already included documents that were responsive to the revised request underlying the motion to compel.  Accordingly, the revised request is redundant and unnecessary.

Lastly, a telephonic case management conference is scheduled in this case for **April 28, 2021 at 3:00 p.m.** The parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, access code: 4858267.** As mentioned on the record at today's conference, the parties should also file a joint status letter by March 31, 2021 to update the Court on the status of discovery and any progress in connection with the Hague request.

**SO ORDERED.**

Dated: February 25, 2021
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge